Jesse Don HICKSON III, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5064.

United States Court of Appeals, Federal Circuit.

April 23, 2001.

ON MOTION

*ORDER*

Jesse Don Hickson III moves to voluntarily dismiss his appeal.

894

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.